UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Docket No. 5:11-MJ-1094-1

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | **AND EXPUNCTION** |
| TIFFANY G. SMITH | ) | |

Tiffany G. Smith appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on April 5, 2011, and entered a plea of guilty to 21 U.S.C. §844(a), Simple Possession of Marijuana. The court, with the expressed consent of the defendant, placed the defendant on supervision for a period of 12 months pursuant to 18 U.S.C. §3607, without entering a judgment of conviction.

The court finds as a fact that Tiffany G. Smith has complied with the terms of the probation order and no violations have occurred.

The court, pursuant to 18 U.S.C. §3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered and orders that the case files and other court records pertinent to this case be sealed and turned over to the Clerk of this court.

The court, having found that this defendant is qualified under 18 U.S.C. §3607(c) for expunction of record, and the defendant, having applied for same, orders that all references to the arrest for the offense, the institution of criminal proceeding, and the results thereof, be expunged from all official records to the extent required by 18 U.S.C. §3607(c).

This the __9th__ day of __July__ , 2012.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge